

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**

**FORT WORTH**

### NO. 02-12-00016-CV

IN THE INTEREST OF B.A.M. AND
P.A.M., CHILDREN

\------------

FROM THE 323RD DISTRICT COURT OF TARRANT COUNTY

\------------

## MEMORANDUM OPINION[1] AND JUDGMENT

\------------

We have considered appellant's "Amended Motion To Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED: March 29, 2012

---

[1]*See* Tex. R. App. P. 47.4.